IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TOMMY RAY MILLS, JR.                                                                    PLAINTIFF

v.                          Civil No. 10-5040

JAIL ADMINISTRATOR ROBERT
HOLLY; DR. JOHN HUSKINS; NURSE
GAIL HARTGRAVES; and NURSE
MARSHA SMITH                                                                            DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this civil rights case pursuant to the provisions of 42 U.S.C. § 1983. Initially he proceeded *pro se* and *in forma pauperis*. He is now represented by counsel.

Defendants have filed a motion for partial summary judgment (Docs. 19, 20 & 21). Defendants maintain they are entitled to judgment as a matter of law on Plaintiff's claims that he was subjected to unconstitutional conditions of confinement.

Plaintiff has filed a response (Doc. 25) stating he intends to pursue only his denial of medical and/or dental care claim. He therefore agrees that Defendants are entitled to judgment as a matter of law on his unconstitutional conditions of confinement claims.

I therefore recommend that the Defendants' motion for partial summary judgment (Doc. 19) be granted and all unconstitutional conditions of confinement claims be dismissed.

**The parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties**

AO72A
(Rev. 8/82)

**are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 11th day of August 2011.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)