```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

TOMMY RAY MILLS, JR.                                    PLAINTIFF

        v.                Civil No. 10-5040

JAIL ADMINISTRATOR ROBERT
HOLLY; DR. JOHN HUSKINS; NURSE
GAIL HARTGRAVES; and NURSE
MARSHA SMITH                                            DEFENDANTS

## ORDER

Now on this 12th day of September, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #31), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #31) is **adopted in its entirety.**

**IT IS FURTHER ORDERED** that defendants' motion for partial summary judgement (doc. 19) is **granted** and all unconstitutional conditions of confinement claims are **dismissed.**

**IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE