IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TOMMY RAY MILLS, JR                                          PLAINTIFF

     V.                    No.  5:10-cv-05040-JLH

JAIL ADMINISTRATOR ROBERT HOLLY,
DR. JOHN HUSKINS,
NURSE GAIL HARTGRAVES,
NURSE MARSHA SMITH, and
BENTON COUNTY                                                DEFENDANT

## REPORT AND RECOMMENDATION

Before the undersigned for report and recommendation is the Joint Motion to Dismiss and for Cancellation of Hearing (ECF No. 57) filed April 10, 2012.

### I. Background

The Plaintiff filed the current Complaint (ECF No. 1) on February 24, 2010.  All un-resolved claims were set for an Evidentiary Hearing on April 12, 2012.

### II. Discussion

The Defendant filed the current Motion with the court on May 10, 2012 stating that the case had been settled and asking to cancel the hearing. The Motion recites that the Plaintiff joins in the Motion and is, therefore, treated as a Joint Motion.   After confirmation by the Plaintiff the court did cancel the Evidentiary Hearing set for April 12, 2012.

### III. Conclusion

Bases upon the representation of the parties the Evidentiary Hearing for April 12, 2012 is

CANCELLED. It is further the Recommendation of the Court that the Joint Motion to Dismiss be **GRANTED**.

The parties have fourteen days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. Section 636(b)(1). The failure to file timely written objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.

Dated this 12th day of April 2012.

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF U. S. MAGISTRATE JUDGE